**Joseph & Norinsberg LLC**

**Fighting for Employee Justice**

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
| --- | --- | --- |
| One World Trade Center, 85th Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| New York, NY 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

June 6, 2025

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *Teresa Hudson Jordan, et al. v. Delta Air Lines, Inc.*
    Case No.: 1:25-cv-02570
    <u>The Plaintiffs' Intention to File an Amended Pleading</u>

Dear Honorable Oetken:

  This firm represents the Plaintiffs in the above-captioned action. Pursuant to Section 3(D)(ii) of Your Honor's Individual Rules and Practices in Civil Cases, we write to notify the Court and counsel for the Defendant that the Plaintiffs will be filing an amended pleading in response to the Defendant's pending motion to dismiss the Plaintiffs' Complaint (the "Motion").

  Specifically, the Plaintiffs intend on filing the amended pleading by June 24, 2025 (in advance of the adjourned date for opposition to the Motion). *See Dkt. No. 22.*

  We thank Your Honor in advance for the time and attention to this important matter.

                Respectfully submitted,

                */s/ Jesse Mautner*
                Jesse Mautner